**Exhibit A**

# Case Summary

**Case Number:** CAM L-003551-20

**Case Caption:** Euler Hermes North A Merica In  Vs Aluminum Shape

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Camden | **Case Initiation Date:** 10/28/2020 |
| **Case Type:** Book Account (Debt Collection Matters Only) | **Case Status:** Defaulted | **Jury Demand:** None |
| **Case Track:** 1 | **Judge:** Sherri L Schweitzer | **Team:** 302 |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** 05/03/2021 | **Case Disposition:** Default Judgment | **Statewide Lien:** J -35395-21 |

**Plaintiffs**

**Euler Hermes North America Ins AKA  Euler Hermes North America Insurance Co. Subrogee Of Northeast Me**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Cary R Sternback |
| **Address Line 1:** Po Box 270 | **Address Line 2:** | **Attorney Bar ID:** 052671992 |
| **City:** Wickatunk  **State:** NJ | **Zip:** 07765 | **Phone:** |

**Attorney Email:** CRS@NYCNJLAW.COM

**Defendants**

**Aluminum Shapes L.L.C. AKA  Aluminum Shapes Llc, Aluminum Smelters Of N.J., Aluminum Shapes**

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Mathieu J Shapiro |
| **Address Line 1:** 9000 River Road | **Address Line 2:** | **Attorney Bar ID:** 048241995 |
| **City:** Pennsauken  **State:** NJ | **Zip:** 08110 | **Phone:** |

**Attorney Email:** MATHIEU.SHAPIRO@OBERMAYER.COM

**Case Actions**

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 10/28/2020 | Complaint for CAM-L-003551-20 submitted by STERNBACK, CARY R, HEITNER & BREITSTEIN PC on behalf of EULER HERMES NORTH AMERICA INS against ALUMINUM SHAPES L.L.C. | LCV20201922993 | 10/28/2020 |
| 10/29/2020 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20201939265 | 10/29/2020 |
| 11/13/2020 | SUMMONS submitted by STERNBACK, CARY, R of HEITNER & BREITSTEIN PC on behalf of EULER HERMES NORTH AMERICA INSURANCE CO. SUBROGEE OF NORTHEAST ME against ALUMINUM SHAPES L.L.C. | LCV20202058916 | 11/13/2020 |
| 11/19/2020 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20202101340 | 11/19/2020 |
| 04/10/2021 | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV2021932882 | 04/10/2021 |
| 04/15/2021 | REQUEST FOR DEFAULT submitted by STERNBACK, CARY, R of HEITNER & BREITSTEIN PC on behalf of EULER HERMES NORTH AMERICA INSURANCE CO. SUBROGEE OF NORTHEAST ME against ALUMINUM SHAPES L.L.C. | LCV2021972992 | 04/15/2021 |
| 04/15/2021 | Default has been entered against the following party/parties: ALUMINUM SHAPES L.L. C. | LCV2021981938 | 04/15/2021 |
| 05/03/2021 | FINAL JUDGMENT BY DEFAULT submitted by STERNBACK, CARY, R of HEITNER & BREITSTEIN PC on behalf of EULER HERMES NORTH AMERICA INSURANCE CO. SUBROGEE OF NORTHEAST ME against ALUMINUM SHAPES L.L.C. | LCV20211114344 | 05/03/2021 |
| 05/03/2021 | Final Judgment By Default uploaded by Case Management Staff submitted by CARY R STERNBACK | LCV20211159588 | 05/07/2021 |
| 05/07/2021 | Default has been entered against the following party/parties: ALUMINUM SHAPES L.L. C. | LCV20211159861 | 05/07/2021 |
| 05/17/2021 | JUDGMENT BY DEFAULT submitted by STERNBACK, CARY, R of HEITNER & BREITSTEIN PC on behalf of EULER HERMES NORTH AMERICA INSURANCE CO. SUBROGEE OF NORTHEAST ME against ALUMINUM SHAPES L.L.C. | LCV20211223088 | 05/17/2021 |
| 05/28/2021 | CLERK NOTICE:  re: JUDGMENT BY DEFAULT - J [LCV20211223088] -Entered in the Civil Judgment & Order Docket in the Superior Court Clerk's Office. J-035395-21 | LCV20211317382 | 05/28/2021 |
| 08/25/2021 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by SHAPIRO, MATHIEU, J of OBERMAYER REBMANN MAXWELL & HIPPEL LLP on behalf of ALUMINUM SHAPES L.L.C. against EULER HERMES NORTH AMERICA INSURANCE CO. SUBROGEE OF NORTHEAST ME | LCV20211969200 | 08/25/2021 |
| 08/25/2021 | NOTICE OF BANKRUPTCY submitted by SHAPIRO, MATHIEU, J of OBERMAYER REBMANN MAXWELL & HIPPEL LLP on behalf of ALUMINUM SHAPES L.L.C. against EULER HERMES NORTH AMERICA INSURANCE CO. SUBROGEE OF NORTHEAST ME | LCV20211969262 | 08/25/2021 |

**STATEWIDE LIEN(S)**

| Judgment Number | Case Status | Status Date |
|---|---|---|
| | | |

| | | |
|---|---|---|
| J -35395-21 | OPEN | 05/28/2021 |