| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**FOX ROTHSCHILD LLP**<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City, NJ 08401-7212<br>Michael J. Viscount, Esq.<br>Martha B. Chovanes, Esq.<br>Joseph J. DiPasquale, Esq.<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br>jdipasquale@foxrothschild.com<br>Telephone: (609) 348-4515<br>Facsimile: (609) 348-6834<br><br>*Counsel to the Official Committee of Unsecured Creditors* | |
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP<br><br>Hon. Jerrold N. Poslusny, Jr. |
| ALUMINUM SHAPES, L.L.C.,<br><br>                Plaintiff,<br>v.<br><br>EULER HERMES NORTH AMERICA INSURANCE CO., subrogee of NORTHEAST METAL TRADERS, INC.,<br><br>                Defendant. | Adv. Pro. No. 21-01469 |

## CERTIFICATE OF SERVICE

I, Cathi Brown, am a legal assistant employed by the law firm of Fox Rothschild LLP.

132616907.2

I hereby certify that on April 20, 2022, a true and correct copy of the following documents were served on the parties listed below via United States mail, first class and postage prepaid on the attached Service List:

- Notice of Motion of the Official Committee of Unsecured Creditors for an Order Approving the Settlement by and Between the Committee and Euler Hermes;

- Memorandum of Law;

- Certification of Jordan Meyers; and

- Proposed Order.

I further certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

FOX ROTHSCHILD LLP

Counsel to the Official Committee of Unsecured Creditors

Dated: April 20, 2022

By: */s/ Cathi Brown*
Cathi Brown, legal assistant

132616907.2

Service List

The Corporation Trust Incorporated
2405 York RD
Ste 201
Lutherville Timonium, MD 21093

Euler Hermes North America Insurance Co.
800 Red Brook Boulevard
Owings Mills, MD 21117

132616907.2